IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR No.: 3:08-1264-JFA |
| ) | |
| v. ) | ORDER |
| ) | |
| CHARLIE BELLS, JR. ) | |
| ) | |
| _____ ) | |

On June 15, 2011, this court entered an order denying the defendant's request to extend time to file a yet-to-be-filed motion under 28 U.S.C. § 2255. The court explained to the defendant that this court cannot consider a motion to extend time to file a petition until one is actually filed because the court is without jurisdiction when there is no case or controversy before it.

The defendant has now filed a motion to reconsider this court's order of June 15. Finding no just cause to disturb the court's earlier order, the motion to reconsider is denied.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

July 7, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge